RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/26/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 06-30008-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ARCADIO VILLALOVOS | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Vacate, Set Aside, or Reduce Sentence [Doc. No. 100] is hereby **DENIED**.

MONROE, LOUISIANA, this 26 day of August, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE