

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 06-30008-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ARCADIO VILLALOVOS | MAG. JUDGE KAREN L. HAYES |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the Court, considering the record in this case, including Petitioner's Application for Issuance of a Certificate of Appealability [Doc. No. 121], and the requirements of 28 U.S.C. § 2253, hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 9 day of November, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE